# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ARNETTE ELORIS SINKLER,<br>    Plaintiff, | Civil Action No. 7:18-cv-00148 |
| v. | **OPINION** |
| FLUVANNA CORRECTIONAL CENTER,<br>    Defendant(s). | By:    James P. Jones<br>United States District Judge |

Arnette Eloris Sinkler, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 5, 2018, the court directed plaintiff to submit within 20 days from the date of the Order the consent to withholding of fees form in order to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice. On July 25, 2018 the conditionally filed order was returned as undeliverable with no forwarding address.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of July, 2018.

                                                /s/James P. Jones<br>
                                                United States District Judge